

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00130-CR

_____

MARCUS DESMOND PLEASANT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 34153-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Marcus Desmond Pleasant, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Pleasant and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     February 19, 2008
Date Decided:      February 20, 2008

Do Not Publish

2